Jared Walker (SB#269029)
P.O. Box 1777
Orangevale, CA 95662
T: (916) 476-5044
F: (916) 476-5064
jared@jwalker.law


Attorney for Plaintiff
TIM McMILLEN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TIM McMILLEN,

     Plaintiff,

       v.

FRANK BISIGNANO,
Commissioner of Social Security,

     Defendant.

Case No.: 2:25-cv-02495-JDP

STIPULATION FOR FIRST EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file his motion for summary judgment be extended thirty (30) days from the original deadline such that Plaintiff's new deadline, with the Court's approval, will be April 6, 2026. This is Plaintiff's first request for an extension of time and is sought because Plaintiff's counsel needs additional time to prepare Plaintiff's dispositive motion due to scheduling conflicts in separate matters. With the Court's approval, the parties further stipulate that all other deadlines in the Court's Scheduling Order will remain in place but adjusted accordingly to coincide with this current extension request.

Dated: March 5, 2026

Respectfully submitted,

/s/ *Jared Walker*
Jared Walker,
Attorney for Plaintiff

SO STIPULATED:

ERIC GRANT
United States Attorney

Dated: March 5, 2026          By:    /s/ *Oscar Gonzalez de Llano
                                     (*authorized by email on 3/05/2026)
                                     OSCAR GONZALEZ de LLANO
                                     Special Assistant United States Attorney
                                     Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: March 17, 2026

HON. JEREMY D. PETERSON
U.S. Magistrate Judge

STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF