Jared Walker (SB#269029)
P.O. Box 1777
Orangevale, CA 95662
T: (916) 476-5044
F: (916) 476-5064
jared@jwalker.law


Attorney for Plaintiff
TIM McMILLEN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM McMILLEN, | Case No.: 2:25-cv-02495-JDP |
| Plaintiff, | |
| v. | **STIPULATION FOR FINAL, FOURTEEN DAY EXTENSION OF TIME FOR PLAINTIFF TO FILE MOTION FOR SUMMARY JUDGMENT** |
| FRANK BISIGNANO,<br>Commissioner of Social Security, | |
| Defendant. | |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file his motion for summary judgment be extended an additional fourteen (14) days such that Plaintiff's new deadline, with the Court's approval, will be April 20, 2026. This shall be Plaintiff's final extension and is sought because Plaintiff counsel's conflicting work demands and the length of this administrative record. With the Court's approval, the parties further stipulate that all other deadlines in the Court's Scheduling Order will remain in place but adjusted accordingly to coincide with this current extension request.


Dated: April 6, 2026                    Respectfully submitted,

                                          /s/ *Jared Walker*
                                         Jared Walker,
                                         Attorney for Plaintiff

SO STIPULATED:

ERIC GRANT
United States Attorney

Dated: April 6, 2026            By:    /s/ *Oscar Gonzalez de Llano
                                       (*authorized by email on      )
                                       OSCAR GONZALEZ de LLANO
                                       Special Assistant United States Attorney
                                       Attorneys for Defendant

ORDER

IT IS SO ORDERED.

Dated:    April 7, 2026            _____
                                  JEREMY D. PETERSON
                                  UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF